**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Tawana Henderson, as Trustee for the Next-of-Kin of Mark Eric Henderson,<br><br>Plaintiff,<br><br>v.<br><br>City of Woodbury,<br>Officer Anthony Ofstead (in his individual and official capacity),<br>Officer Natalie Martin (in her individual and official capacity),<br>and Officer Stacey Krech (in her individual and official capacity),,<br><br>Defendants. | Case No.  15-cv-3332-MJD-SER<br><br><br><br><br><br>**ORDER FOR DISMISSAL**<br>**WITH PREJUDICE** |

---

Based upon the parties' Stipulation for Dismissal with Prejudice (Doc. 126) **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: _____                    _____
                                          Michael J. Davis
                                          United States District Judge