# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tawana Henderson, as Trustee for the Next-of-Kin of Mark Eric Henderson, | Case No. 15-cv-3332-MJD-SER |
| Plaintiff, | |
| v. | |
| City of Woodbury, Officer Anthony Ofstead (in his individual and official capacity), Officer Natalie Martin (in her individual and official capacity), and Officer Stacey Krech (in her individual and official capacity), | ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS OFSTEAD, MARTIN AND KRECH |
| Defendants. | |

Pursuant to the Stipulation entered into between the parties (Doc. 124),

**IT IS HEREBY ORDERED:**

That all claims of Plaintiff, Tawana Henderson, as Trustee for the Next-of-Kin of Mark Eric Henderson, against Defendants Anthony Ofstead, Natalie Martin, n/k/a Natalie Bauer, and Stacey Krech individually, and in their official

capacities, or otherwise, are hereby dismissed with prejudice and on their merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 16, 2019                             s/ Michael J. Davis
                                                                    MICHAEL J. DAVIS
                                                                    United States District Court