# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Tawana Henderson, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 15-cv-3332 MJD/SER |
| City of Woodbury, Officer Anthony Ofsted, Officer Natalie Martin, and Officer Stacy Krech, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based upon the parties' Stipulation for Dismissal with Prejudice (Doc. 126) IT IS ORDERED that this action is DISMISSED WITH PREJUDICE on the merits and without costs or disbursements to any of the parties.

Date: 4/18/2019

KATE M. FOGARTY, CLERK

s/C. Kreuziger
(By)  C. Kreuziger, Deputy Clerk